IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CATHY REECE, on behalf of herself and all those similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. |
| UNITED HOME CARE OF NORTH ATLANTA, INC., UNITED HOME CARE, INC., and UHS-PRUITT CORPORATION a/k/a PRUITT CORPORATION, | ) ) ) ) ) ) ) | 1:12-cv-02070-MHC |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreements [Doc. 85].

The Court reviewed the Settlement Agreements and Releases [Doc. 85-1] to determine their adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982). Based on its review of the parties' agreements and the record in this case, the Court concludes: (1) the terms of the Settlement Agreements and General Releases for all parties are a fair, reasonable, and

adequate resolution of this action; and (2) the Settlement Agreements and General Releases were reached in an adversarial context where the parties had legal representation.

Upon consideration of the Joint Motion, the Court **ORDERS** that the payment of the settlement amount shall be made as provided in the Settlement Agreements and General Releases.  Except as stated in the Settlement Agreements and General Releases, each party shall bear its own costs of litigation, including attorneys' fees.

Accordingly, the Court **GRANTS** the Joint Motion [Doc. 85], **APPROVES** the parties' Settlement Agreements and General Releases, and hereby **DISMISSES**  all claims in the above-styled action **WITH PREJUDICE**.

**IT IS SO ORDERED** this 25th day of August, 2015.

_____
MARK H. COHEN
United States District Judge